Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 04-450-ER (SHx)          Date and Filed: October 18, 2004

Title: *Jarek Molski, et al. v. Mandarin Touch Restaurant, et al.*

===========================================================================

**PRESENT: THE HONORABLE EDWARD RAFEEDIE, U. S. DISTRICT JUDGE**

Pamela Silence                     None present.
Courtroom Clerk                    Court Reporter

ATTORNEYS FOR PLAINTIFFS:       ATTORNEYS FOR DEFENDANTS:

Not present.                       Not present.

**PROCEEDINGS:  IN CHAMBERS**

On the Court's own motion, the Court continues the defendants' Motion for Order Prohibiting Plaintiff Jarek Molski from Filing Any New Litigation in the Federal Courts Without First Obtaining Leave of the Presiding Judge of the Court in Which the Litigation Is Proposed to Be Filed, to Give Security in Such Amount as the Court Determines to Be Appropriate to Secure the Payment of Any Costs, Sanctions, or Other Amount Which May Be Awarded Against Plaintiff and for the Imposition of Monetary Sanctions Against Plaintiff and His Counsel, Thomas E. Frankovich Jointly and Severally in the Amount of $16,500.00 (filed September 28, 2004) from October 25, 2004 to **November 1, 2004 at 10:00 a.m.**

IT IS SO ORDERED.



DOCKETED ON CM
OCT 19 2004
BY ___ 005

MINUTES FORM 90                    Initials of Deputy Clerk ___
CIVIL - GEN