UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ——
Send ——
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

CIVIL MINUTES - GENERAL

Case No.   CV 04-450 ER (SHx)                           DATE:  November 15, 2004

Title:   *Jarek Molski, et al. v. Mandarin Touch Restaurant, et al.*
=================================================================
PRESENT:        HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

         Pamela Silence                              Freda Mendelsohn
         Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

         Sarah E. Kraemer                            Robert H. Appert
                                                     Alan H. Boon

**PROCEEDINGS:**



**DEFENDANTS' MOTION FOR ORDER PROHIBITING PLAINTIFF JAREK MOLSKI FROM FILING ANY NEW LITIGATION IN THE FEDERAL COURTS WITHOUT FIRST OBTAINING LEAVE OF THE PRESIDING JUDGE OF THE COURT IN WHICH THE LITIGATION IS PROPOSED TO BE FILED, TO GIVE SECURITY IN SUCH AMOUNT AS THE COURT DETERMINES TO BE APPROPRIATE TO SECURE THE PAYMENT OF ANY COSTS, SANCTIONS, OR OTHER AMOUNT WHICH MAY BE AWARDED AGAINST PLAINTIFF AND FOR THE IMPOSITION OF MONETARY SANCTIONS AGAINST PLAINTIFF AND HIS COUNSEL, THOMAS E FRANKOVICH JOINTLY AND SEVERALLY IN THE AMOUNT OF $16,500.00 (filed 9/28/04)**

   Case called.  Counsel make their appearances.  Court and counsel confer.

   The Court GRANTS defendant's motion to declare Jarek Molski a vexatious litigant and for a pre-filing order requiring Molski to obtain leave of court before filing any other claims under the Americans with Disability Act (filed September 29, 2004).

   The Court further ORDERS the plaintiff and the plaintiff's counsel to show cause why the Court should not pursue disciplinary action against them under Local Rule 83-3.

MINUTES FORM 11                                          Initials of Deputy Clerk ____
CIVIL -- GEN