UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JAREK MOLSKI; DISABILITY RIGHTS ENFROCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs - Appellants,<br><br>V.<br><br>EVERGREEN DYNASTY CORP., d/b/a MANDARIN TOUCH RESTAURANT BRIAN MCINERNEY; KATHY S. MCINERNEY, as joint tenants,<br><br>Defendants - Appellees. | No. 05-56452<br>D.C. No. CV-04-00450-ER<br>Central District of California, Los Angeles<br><br>ORDER |



Mandate issued on 5/22/08 is recall as being issued in error.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk