# Exhibit C

MC-703

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and Address):* | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR *(Name):*<br>TELEPHONE NO.:<br>FAX NO.:<br>E-MAIL ADDRESS: | To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished. |

☐ COURT OF APPEAL,            APPELLATE DISTRICT, DIVISION
☐ SUPERIOR COURT OF CALIFORNIA, COUNTY OF
   STREET ADDRESS:
   MAILING ADDRESS:
   CITY AND ZIP CODE:
   BRANCH NAME:

PLAINTIFF/PETITIONER:

| APPLICATION FOR ORDER TO VACATE PREFILING ORDER AND REMOVE PLAINTIFF/PETITIONER FROM JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST | CASE NUMBER: |
|---|---|

Important, please read: This application must be filed in the court that entered the prefiling order, either in the action in which the prefiling order was entered or in conjunction with a request to the presiding justice or presiding judge to file new litigation under Code of Civil Procedure section 391.7. If you have made an application to vacate a prefiling order that was denied, you may not make another application to vacate in any California court until at least 12 months after the denial.

1. I have been determined to be a vexatious litigant under the California Code of Civil Procedure section 391. This application requests that the court vacate its prefiling order and order my name removed from the statewide vexatious litigant list.

2. The prefiling order or orders were issued in the following case or cases *(list all)*:

Court: _____    Court: _____

Case Name: _____    Case Name: _____

Case Number: _____    Case Number: _____

Date prefiling order entered: _____    Date prefiling order entered: _____

☐ Continued on *Attachment* (form MC-025).

3. I request that the prefiling order be vacated under Code of Civil Procedure section 391.8. (Describe below the material change in the facts on which the order was granted and how the ends of justice would be served by vacating the order.)

☐ Continued on *Attachment* (form MC-025).

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
MC-703 [New January 1, 2013]

APPLICATION FOR ORDER TO VACATE PREFILING ORDER AND REMOVE PLAINTIFF/PETITIONER FROM JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST

Code of Civil Procedure, § 391.8
www.courts.ca.gov

MC-703

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| | |

4. ☐ I have not made an application for an order to vacate a prefiling order in the last 12 months.

5. *On Attachment* (form MC-025) is a list of every case filed in the last five years in which I've been a plaintiff, cross-complainant, or defendant, the approximate number of motions I filed in each case, and the number of requests for new litigation that I have filed. *(Include case name, case number, court in which filed, and date filed.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____     _____     ▶ _____
(DATE)                  (TYPE OR PRINT NAME OF DECLARANT)              (SIGNATURE OF DECLARANT)

MC-703 [New January 1, 2013]   **REQUEST FOR ORDER TO VACATE PREFILING ORDER AND REMOVE NAME FROM STATEWIDE VEXATIOUS LITIGANT LIST**   Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   Save This Form   Print This Form   Clear This Form