# Exhibit D

MC-704

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:          FAX NO.: <br> E-MAIL ADDRESS: <br> ATTORNEY FOR *(Name)*: | To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished. |

☐ COURT OF APPEAL,          APPELLATE DISTRICT, DIVISION
☐ SUPERIOR COURT OF CALIFORNIA, COUNTY OF
   STREET ADDRESS:
   MAILING ADDRESS:
   CITY AND ZIP CODE:
   BRANCH NAME:

PLAINTIFF/ PETITIONER:

ORDER ON APPLICATION TO VACATE
PREFILING ORDER AND
REMOVE PLAINTIFF/PETITIONER FROM
JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST

CASE NUMBER:

---

Plaintiff/Petitioner _____ requests that this court vacate the prefiling order and remove the vexatious litigant's name from the statewide list in the following case or cases *(if more than one, list each separately)*:

Court: _____           Court: _____

Case Name: _____           Case Name: _____

Case Number: _____           Case Number: _____

Date prefiling order entered: _____   Date prefiling order entered: _____

☐ Continued on *Attachment* (form MC-025)

☐ Granted

☐ Denied

Date:

_____
PRESIDING JUSTICE OR JUDGE

The clerk is ordered to provide this order to the Judicial Council of California by fax at 415-865-4329 or by mail at the address below.

> Vexatious Litigant Prefiling Orders
> Judicial Council of California
> Administrative Office of the Courts
> 455 Golden Gate Avenue
> San Francisco, California 94102-3688

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-704 [New January 1, 2013]

**ORDER ON APPLICATION TO VACATE PREFILING ORDER
AND REMOVE PLAINTIFF/PETITIONER FROM
JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST**

Code of Civil Procedure, § 391.8
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.       Save This Form    Print This Form    Clear This Form