THOMAS E. FRANKOVICH (State Bar No. 074414)
GEORGE S. KHOURY (State Bar No. 269738)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900
Email: tfrankovich@disabilitieslaw.com

Attorneys for Plaintiffs JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>MANDARIN TOUCH RESTAURANT; EVERGREEN DYNASTY CORP., a California corporation; and BRIAN MCINERNEY and KATHY S. MCINERNEY, as joint tenants,<br><br>   Defendants. | **CASE NO. CV 04-0450 ER (SHSx)**<br><br>[PROPOSED] ORDER RE VACATING PRE-FILING ORDER |

///

///

[PROPOSED] ORDER RE VACATING PRE-FILING ORDER         CASE NO. CV 04-0450 ER (SHSx)

1

**IT IS HEREBY ORDERED**, based upon the Application by Declaration of Thomas E. Frankovich, the accompanying Jury Verdict, the California State Bar Decision and the Ninth Circuit Dissent, that this Court's pre-filing-order issued on March 8, 2005, which reads:

> "This Court finds that the Frankovich firm has engaged in a pattern of unethical behavior designed ultimately to extort money from businesses and their insurers. Thus, this Court orders that the Frankovich firm, as presently constituted and as it may hereafter be constituted, is hereby required to file a motion requesting leave of court before filing any new complaints alleging violations of the California Disabled Persons Act or Unruh Civil Rights Act or similar violations in California state court. Such a motion must be accompanied by a copy of this Order, including the District Court orders."

is vacated.

**IT IS SO ORDERED**.

Dated:_____, 2013            _____
                                    Honorable George H. King
                                    United States District Judge of California