E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:04-cv-00450-ER (SHx) | Date | November 18, 2013 |
|---|---|---|---|
| Title | Jarek Molski, et al. v. Mandarin Touch Restaurant, et al. | | |

| Present: The Honorable | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** |
|---|---|

| Beatrice Herrera | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     Application to Vacate Pre-Filing Order  (In Chambers)

On October 31, 2013, attorney Thomas E. Frankovich filed an "Application to the Chief Presiding Judge George King to Vacate the Pre-Filing Order Required of Attorney Thomas E. Frankovich and Those Employed or Associated with Thomas E. Frankovich, APLC to File New Litigation." (Dkt. # 134.)  The Application seeks to vacate that part of then-presiding Judge Rafeedie's March 8, 2005 decision (dkt. # 76) ordering that "The Frankovich Group, as presently constituted, and as it may hereafter be constituted, including shareholders, associates and employees, is required to file a motion requesting leave of court before filing any new complaints alleging violations of Title III of the Americans with Disabilities Act in the United States District Court for the Central District of California."  Due to the unavailability of the assigned judge in this case, the Application was referred to the Chief Judge for decision.  Having reviewed the Application and supporting materials, the Application is hereby **GRANTED**.  The pre-filing order entered in this case requiring Thomas Frankovich, his associates, and his employees to obtain leave of court before filing any new complaint alleging violations of Title III of the Americans with Disabilities Act is hereby **VACATED**.

   **IT IS SO ORDERED.**

|   | -- | : | -- |
|---|---|---|---|
|   | Initials of Preparer | | Bea |